**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CASE TYPE: CONTRACT**

CitiCapital Commercial Corporation
f/k/a Associates Commercial Corporation,

**FILE NO. 0:01-CV-2079 JMR/FLN**

Plaintiff,

vs.

**STIPULATION AND ORDER ESTABLISHING SCHEDULE FOR MOTION TO REMAND AND EXTENDING TIME IN WHICH TO RESPOND TO COMPLAINT**

Quad/Graphics, Inc., a corporation,

Defendant.

---

**WHEREAS**, the above-captioned matter was initiated in State Court but removed to Federal Court by action of the Defendant; and

**WHEREAS**, while the action was still in State Court, Plaintiff granted to Defendant an extension until November 30, 2001, of the time within which to respond to the Complaint; and

**WHEREAS**, Defendant has expressed its intention to move to dismiss this matter for lack of personal jurisdiction or proper venue or, in the alternative, to transfer venue of the action; and

**WHEREAS,** the parties have worked out an informal discovery procedure on jurisdictional issues so that Plaintiff can determine whether the aforesaid motion is necessary; and

**NOW, THEREFORE**, the parties, through their respective attorneys, stipulate and agree as follows:

1. On or before December 7, 2001, Plaintiff will deliver to Defendant a letter requesting specific information relevant to Plaintiff's assertion that there is personal jurisdiction over Defendant in the Courts of the State of Minnesota.

2. On or before December 21, 2001, Defendant will respond to Plaintiff's request for information relating to the jurisdiction issue. If that request seeks information which Defendant

FILED NOV 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

believes to be confidential, the parties will negotiate the terms of a Protective Order and any confidential information will be provided subject to the terms of said Protective Order.

3. On or before January 7, 2002, Plaintiff will either voluntarily dismiss the above-captioned matter without prejudice or notify Defendant that it intends to continue to assert that there is jurisdiction over Defendant in Minnesota and that venue is proper.

4. If the action is not voluntarily dismissed, Defendant will respond to Plaintiff's Complaint on or before February 7, 2002.

5. The parties shall jointly present this Stipulation to the Court with the request that an Order be issued consistent herewith.

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

Dated: November 26, 2001

By J. Christopher Cuneo

J. Christopher Cuneo, #20370
1800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 339-8131
(612) 339-8064 - Facsimile

Attorneys for Defendant Quad/Graphics, Inc.

**FOLEY & MANSFIELD, P.L.L.P.**

Dated: November 26, 2001

By Frank A. Dvorak (by slw)

Frank A. Dvorak, #25094
1108 Nicollet Mall, #200
Minneapolis, Minnesota 55403
(612) 338-8788

Attorneys for Plaintiff CitiCapital Commercial Corporation

**ORDER**

Based on the forcgoing Stipulation,

**IT IS ORDERED,**

1. On or before December 7, 2001, Plaintiff shall deliver to Defendant a letter requesting specific information relevant to Plaintiff's assertion that there is personal jurisdiction over Defendant in the Courts of the State of Minnesota.

2. On or before December 21, 2001, Defendant shall respond to Plaintiff's request for information relating to the jurisdiction issue. If that request seeks information which Defendant believes to be confidential, the parties shall negotiate the terms of a Protective Order and any confidential information shall be provided subject to the terms of said Protective Order.

3. On or before January 7, 2002, Plaintiff shall either voluntarily dismiss the above-captioned matter without prejudice or notify Defendant that it intends to continue to assert that there is jurisdiction over Defendant in Minnesota and that venue is proper.

4. If the action is not voluntarily dismissed, Defendant shall respond to Plaintiff's Complaint on or before January 30, 2002.

**BY THE COURT:**

Franklin L Noel

Dated: 11/29, 2001

The Honorable Franklin L. Noel
magistrate Judge of United States District Court

Doc. #: 118168

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500