**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CASE TYPE: CONTRACT**

CitiCapital Commercial Corporation
f/k/a Associates Commercial Corporation,

Plaintiff,

vs.

Quad/Graphics, Inc., a corporation,

Defendant.

**FILE NO. 0:01-CV-2079 JMR/FLN**

**ORDER AMENDING SCHEDULE FOR MOTION TO REMAND AND EXTENDING TIME IN WHICH TO RESPOND TO COMPLAINT**

**WHEREAS**, the proposed Order Establishing Schedule for Motion to Remand and Extending Time in Which to Respond to Complaint, which was executed the by the Court on November 29, 2001, contained a typographical error in paragraph 4 thereof,

**IT IS, THEREFORE, ORDERED:**

1. That paragraph 4 of the November 29, 2001 Order Amending Schedule for Motion to Remand and Extending Time in Which to Respond to Complaint is modified to establish February 7, 2002 (instead of January 30, 2002) as the date by which Defendant shall respond to Plaintiff's Complaint if the action is not voluntarily dismissed.

2. In all other respects, the November 29, 2001 Order Amending Schedule for Motion to Remand and Extending Time in Which to Respond to Complaint shall remain in full force and effect.

**BY THE COURT:**

Dated: 1/30, 2002

The Honorable Franklin L. Noel
Magistrate Judge of United States District Court

JAN 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Doc. #: 125824