UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE TYPE: CONTRACT

CitiCapital Commercial Corporation
f/k/a Associates Commercial Corporation,

Plaintiff,

vs.

Quad/Graphics, Inc., a corporation,

Defendant.

FILE NO. 0:01-CV-2079 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The above-entitled cause of action, having been fully compromised and settled, it is hereby stipulated and agreed, by and between the parties hereto through their respective counsel, that the above-captioned matter may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

**FOLEY & MANSFIELD, PLLP**

Dated: September 7, 2002

By [signature]
Frank A. Dvorak, #25094
1108 Nicollet Mall
Suite 200
Minneapolis, MN 55403
(612) 338-8788
(612) 338-8690

Attorneys for Plaintiff

FILED SEP 17 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**LOMMEN, NELSON, COLE & STAGEBERG, P.A.**

Dated: September 5, 2002

By________________________

J. Christopher Cuneo, #20370
1800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 336-9301
(612) 339-8064 - Facsimile

Attorneys for Defendant Quad/Graphics, Inc.

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED,** that the above matter be and the same is hereby dismissed with prejudice, but without further costs to either party.

September 13th 2002

**BY THE COURT:**

Judge of United States District Court

Doc. #: 151701